# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re

Angel Castaneda
and
Marlene Margolis

                          CHAPTER   7
                          CASE NO.   6:19-bk-04304-CCJ

      Debtor(s)
_____/

## MOTION FOR RELIEF FROM STAY FILED BY EAGLE HOME MORTGAGE, LLC REGARDING REAL PROPERTY (PROPERTY OR COLLATERAL BEING SURRENDERED)

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

      **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

      **If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100 Orlando, FL 32801 and serve a copy on the movant's attorney (Jessica Hicks, Kass Shuler, P.A., P.O. Box 800, Tampa, Florida 33601), and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

      **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

      EAGLE HOME MORTGAGE, LLC ("Creditor"), pursuant to §§362(d)(1) and (2) of the Bankruptcy Code, hereby moves this Court for entry of an order granting relief from stay as to the bankruptcy estate and as to the Debtor(s), and states:

      1.    For value received, the Debtor(s) executed and delivered a Promissory Note ("Note") as evidence of indebtedness to Creditor.

      2.    The Debtor executed and delivered a Mortgage to Creditor securing said indebtedness with the following property: **REAL PROPERTY LOCATED: 5805 SANDBIRCH WAY LAKE WORTH, FL 33463, LEGALLY DESCRIBED AS: LOT 60, OF SILVERWOOD ESTATES, ACCORDING TO THE PLAT THEREOF, AS**

**RECORDED IN PLAT BOOK 119, PAGE 174, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.** ("Collateral").

3. Movant is entitled to enforce the Note and Mortgage. Copies of the relevant loan document(s) are attached hereto as Exhibits "1" & "2".

4. The Debtor(s) defaulted under the terms of the Note and/or Mortgage with Creditor by failing to do the following: make all payments when due.

5. The Debtor(s), and the estate, have made no offer of adequate protection to Creditor regarding Creditor's interest in the Collateral. Creditor, therefore, lacks adequate protection.

6. The Collateral is diminishing and decreasing in value and continues to do so by virtue of the continued use of the Collateral by the Debtor(s) without payments to Creditor.

7. The Debtor(s) and the estate may lack equity in the Collateral.

8. The Collateral is not necessary to an effective reorganization.

9. Pursuant to the terms of the Promissory Note / Contract between the parties, the Debtor(s) is/are obligated to pay Creditor's reasonable attorneys' fees and court costs. Creditor has retained the undersigned attorneys and has agreed to pay them a reasonable fee for their services rendered in connection with this Motion. Creditor requests fees and costs be approved for the filing of this Motion, not to exceed $531.00 ($350.00 Attorney fee and $181.00 filing cost).

10. Creditor asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature. In addition Creditor prays that the Court suspend the Rule in all instances in which there is a Consent on the part of the Debtor(s).

11. The Debtor intends to surrender the collateral per the Statement of Intention.

12. The unpaid principal balance due is in the amount of $331,179.28.

13. The account at issue is presently due for the payment due February 1, 2019 and all subsequent payments which have come due through the date of this Motion.

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor(s) and to the estate to permit Creditor to enforce its in rem contractual and state law remedies as against the Collateral and for such other relief as requested above.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:    (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on July 22, 2019, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Angel Castaneda and Marlene Margolis, 4675 Fairy Tale Circle, Kissimmee,, FL 34746; Modesto Lopez 6836 Vista Park Blvd, Orlando, FL 32829; Arvind Mahendru, Trustee 5703 Red Bug Lake Rd. Suite 284, Winter Springs, FL 32708.

/s/ Jessica Hicks
Jessica Hicks (x1465)

1911080B/mdm