ORDERED.

Dated: August 19, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re )<br>)<br>Angel Castaneda )<br>and )<br>Marlene Margolis )<br>Debtor(s) )<br>) | CHAPTER    7<br>CASE NO.    6:19-bk-04304-CCJ |

**ORDER GRANTING EAGLE HOME MORTGAGE, LLC RELIEF FROM STAY**

THIS CASE came on for consideration upon the Motion for Relief from Stay filed by **EAGLE HOME MORTGAGE, LLC ("Creditor")** (DOC. NO. 7). No appropriate response having been filed in accordance with Local Rule 2002-4, it is ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 is terminated as to Movant's interest in the following property: **REAL PROPERTY LOCATED: 5805 SANDBIRCH WAY LAKE WORTH, FL 33463, LEGALLY DESCRIBED AS: LOT 60, OF SILVERWOOD ESTATES, ACCORDING TO THE PLAT THEREOF, AS**

**RECORDED IN PLAT BOOK 119, PAGE 174, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall not obtain *in personam* relief against the debtor.

4. Attorney's fees and costs of up to $531.00 are hereby awarded for the prosecution of this Motion For Relief From Stay.

5. The fourteen (14) day period in Bankruptcy Rule 4001 (a)(3) is waived as requested in the Creditor's Motion. The automatic stay is deemed terminated as of the date of the entry of this Order.

###

Attorney Jessica Hicks is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of this order.